IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY BONAPARTE,
   Plaintiff
  v.          Case No. 3:07-cv-294-KRG-KAP
DEBBIE BECK, et al.,
   Defendants

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 16, 2009, docket no. 52, recommending that the defendants' motion for summary judgment, docket no. 49, be granted.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to file written objections to the Report and Recommendation. Plaintiff filed a motion for an extension of time to file objections, docket no. 54, which was granted, docket no. 55, but plaintiff did not file objections by the extended date. I have nevertheless reviewed the record de novo.

After de novo review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 26th day of May, 2009, it is

ORDERED that the defendants' motion for summary judgment, docket no. 49, is granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Gregory Bonaparte, Reg. No. 22786-018
F.C.I. Coleman Low
P.O. Box 1031
Coleman, FL 33521

2