IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY BONAPARTE,
    Plaintiff

v.    : Case No. 3:07-cv-294-KRG-KAP

DEBBIE BECK,
    Defendant

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 4, 2011, docket no. 87, recommending that summary judgment be granted to the remaining defendant, Debbie Beck.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections that, to the extent they address the Report and Recommendation, assert that plaintiff can collaterally attack the disciplinary sanction in this civil complaint. docket no. 88. That is a meritless argument.

Upon de novo review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 28th day of March, 2011, it is

ORDERED that summary judgment is granted to the remaining defendant Beck, and the complaint is dismissed. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Gregory Bonaparte, Reg. No. 22786-018
F.C.I. Coleman Low
P.O. Box 1031
Coleman, FL 33521